# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

| | | | |
|---|---|---|---|
| **THREE ARROWS ENTERPRISES, INC., d/b/a BLACK TIE MOTOR CARS** | Debtor(s) | Chapter: | **11** |
| | | Case Number: | **1-09-bk-07161 RNO** |
| **SUSQUEHANNA BANK** | Movant(s) | Document No.: | **9** |
| vs. | | Nature of Proceeding: | **Motion for Relief from Stay** |
| **THREE ARROWS ENTERPRISES, INC., d/b/a BLACK TIE MOTOR CARS** | Respondent(s) | | |

## ORDER

After a preliminary hearing and due consideration of the Motion of Susquehanna Bank for Relief from the Automatic Stay of Section 362 of the United States Bankruptcy Code, it is hereby

ORDERED that the Court finds there is a reasonable likelihood that the Debtor will prevail at the conclusion of a final hearing; and,

FURTHER ORDERED that the automatic stay shall remain in full force and effect until the time of a final hearing in this matter; and,

FURTHER ORDERED that a final hearing on the Motion for Relief from Automatic Stay is scheduled for Thursday, October 22, 2009 at 10:00 a.m. in Bankruptcy Courtroom, Third Floor, The Ronald Reagan Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

The Court's findings of fact and conclusions were stated in open court pursuant to F.R.B.P. 7052.

Dated: October 8, 2009

*Robert N. Opel, II, Bankruptcy Judge*

*This document is electronically signed and filed on the same date.* (BI)

MDPA-ABLANK.WPT - REV 11/04