UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| Three Arrows Enterprises, Inc., | : | No. 1-09-bk-07161-RNO |
| d/b/a Black Tie Motor Cars, | : | |
| Debtor | : | |
| | : | |

## OBJECTION OF SUSQUEHANNA BANK TO
## DEBTOR'S APPLICATION TO APPROVE THE EMPLOYMENT OF
## A. GIBBS & ASSOCIATES, P.C. AS ACCOUNTANT FOR THE DEBTOR

Susquehanna Bank, a creditor and party-in interest in the above Chapter 11, does hereby object to the application of the Debtor to approve the employment of A. Gibbs & Asssociates, P.C. as accountants for the Debtor, and requests a hearing thereon.

                                            BARLEY SNYDER LLC

Dated: October 8, 2009          By:    */s/ George J. Shoop*
                                                      George J. Shoop, Esquire
                                                      Court I.D. No. 25367
                                                      George C. Werner, Esquire
                                                      Court I.D. No. 28757
                                                      Attorneys for Susquehanna Bank
                                                      50 North Fifth Street, 2nd Floor
                                                      P.O. Box 942
                                                      Reading, PA  19603-0942

2722070-1