UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 1-09-bk-07161-RNO |
| | : | CASE NO. 1-09-bk-07158-RNO |
| THREE ARROWS ENTERPRISES, INC. | : | |
| d/b/a BLACK TIE MOTOR CARS, | : | CHAPTER 11 |
| Debtor | : | |
| | : | |
| AUTOHAUS ACQUISITION, INC., | : | |
| d/b/a VICTORY VOLKSWAGEN, | : | |
| d/b/a VICTORY MITSUBISHI, | : | |
| d/b/a VICTORY AUDI | : | |
| Debtor | : | |
| | : | |

**WITHDRAWAL OF OBJECTION OF SUSQUEHANNA BANK TO
DEBTOR, AUTOHAUS ACQUISITION, INC.'S APPLICATION TO
APPROVE THE EMPLOYMENT OF
A. GIBBS & ASSOCIATES, P.C. AS ACCOUNTANT FOR THE DEBTOR**

Susquehanna Bank, a creditor and party-in interest in the above Chapter 11, does hereby withdraw its objection to the application of the Debtor to approve the employment of A. Gibbs & Associates, P.C. as accountants for the Debtor, Document No. 56, which was filed on October 8, 2009.

BARLEY SNYDER LLC

Dated: November 3, 2009    By:   */s/ Timothy G. Dietrich*
Timothy G. Dietrich, Esquire
Court I.D. No. 37853
Attorneys for Susquehanna Bank
50 North Fifth Street, 2nd Floor
P.O. Box 942
Reading, PA 19603-0942

2722065-1