UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 1-09-bk-07161-RNO |
| | : | CASE NO. 1-09-bk-07158-RNO |
| THREE ARROWS ENTERPRISES, INC. | : | |
| d/b/a BLACK TIE MOTOR CARS, | : | CHAPTER 11 |
|     Debtor | : | |
| | : | |
| AUTOHAUS ACQUISITION, INC., | : | |
| d/b/a VICTORY VOLKSWAGEN, | : | |
| d/b/a VICTORY MITSUBISHI, | : | |
| d/b/a VICTORY AUDI | : | |
|     Debtor | : | |
| | : | |

**WITHDRAWAL OF OBJECTION OF SUSQUEHANNA BANK TO
DEBTOR, THREE ARROWS ENTERPRISES, INC.'S APPLICATION TO
APPROVE THE EMPLOYMENT OF
A. GIBBS & ASSOCIATES, P.C. AS ACCOUNTANT FOR THE DEBTOR**

Susquehanna Bank, a creditor and party-in interest in the above Chapter 11, does hereby withdraw its objection to the application of the Debtor to approve the employment of A. Gibbs & Associates, P.C. as accountants for the Debtor, Document No. 59, which was filed on October 8, 2009.

                                                    BARLEY SNYDER LLC

Dated: November 3, 2009          By:    */s/ Timothy G. Dietrich*
                                                            Timothy G. Dietrich, Esquire
                                                            Court I.D. No. 37853
                                                            Attorneys for Susquehanna Bank
                                                             50 North Fifth Street, 2nd Floor
                                                            P.O. Box 942
                                                            Reading, PA  19603-0942

2741942-1