IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO.1-09-bk-07161-RNO |
| THREE ARROWS ENTERPRISES, INC. | : | |
| d/b/a BLACK TIE MOTOR CARS | : | |
| | : | CHAPTER 11 |
| Debtor | : | |

## ORDER APPROVING APPOINTMENT OF ACCOUNTANT

      The Application of Three Arrows Enterprises, Inc., the above-named Debtor, praying for approval of its employment of A. Gibbs & Associates, P. C., as its accountant under a general retainer to represent it as Debtor having come this day before the Court, and it appearing that A. Gibbs & Associates, P. C. are qualified to perform the requested services, and the Court being satisfied that A. Gibbs & Associates, P. C., represents no interest adverse to the above Debtor, or to its Estate, in the matters upon which it is engaged, and it appears that the employment of A. Gibbs & Associates, P. C., is necessary and would be in the best interests of the estate, and that the case is one justifying a general retainer, it is

      ORDERED that the employment by Three Arrows Enterprises, Inc., of A. Gibbs & Associates, P. C., to perform accounting services for the Debtor, under a general retainer, in the above proceedings under Chapter 11 of the Bankruptcy Code is approved, upon the terms set forth in the Application, subject to the Court's approval of the payment of fees, under the provisions of 11 U.S.C. §330 and Rule 2016 of the Rules of Bankruptcy Procedure with respect to payment to A. Gibbs & Associates, P. C., for services performed.

_____
Robert N. Opel, II, Bankruptcy Judge (BI)

*This document is electronically signed and filed on the same date.*

Dated: November 4, 2009

---

\* Execution of this Order approving employment is not a guarantee that payment will ultimately be approved in the full amount. Such compensation is dependent on the consideration of a final application for fees. In re Engel, 124 F.3d 567 (3rd Cir. 1997).