# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

| | | | |
|---|---|---|---|
| **THREE ARROWS ENTERPRISES, INC., ET AL.** } Debtor(s) | Chapter: | 11 |
| | Case Number: | 1-09-bk-07161 RNO |
| **ROBERTA A. DeANGELIS, ACTING UNITED STATES TRUSTEE** } Movant(s) | Document No.: | 163 |
| vs. | Nature of Proceeding: | **Motion to Convert or Dismiss** |
| **THREE ARROWS ENTERPRISES, INC.** } Respondent(s) | | |

## ORDER

Upon consideration of the Motion of the United States Trustee to convert the above matter to Chapter 7 or dismiss the case, after hearing, it is hereby

ORDERED that, as of the date of this Order, Three Arrows Enterprises, Inc. Is converted from a case under 11 U.S.C. Chapter 11 to a case under 11 U.S.C. Chapter 7.

By the Court,

Date: January 21, 2010

Robert N. Opel, II, Bankruptcy Judge
(BI)

*This document is electronically signed and filed on the same date.*