IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : Chapter 7 |
| THREE ARROWS ENTERPRISES, INC., et al. | : |
| | : Case No. 1-09-07158 |
| Debtor | : Case No. 1-09-07161 |
| | : (Jointly Administered) |

**STIPULATION BETWEEN TRUSTEE AND SUSQUEHANNA BANK PERTAINING TO LIQUIDATION OF AUTOHAUS ACQUISITION, INC. REMAINING VEHICLES**

NOW COME the duly appointed Chapter 7 Trustee, Lawrence G. Frank ("Trustee"), by and through his legal counsel, Lawrence G. Frank, Esquire, and Susquehanna Bank ("Bank"), by and through its counsel, Barley Snyder, LLC, which stipulate and agree as follows:

1. On September 16, 2009, Autohaus Acquisition, Inc. ("Debtor") filed its voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code ("Code").

2. On February 24, 2010, the Chapter 11 case of the Debtor was converted to a case pending under Chapter 7 of the Code.

3. On February 25, 2010, the Trustee was appointed as Chapter 7 Trustee in the Debtor's case.

4. Prior to the filing of the Debtor's Chapter 11 case, the Bank provided new and used vehicle floor plan financing to the Debtor. The Bank continues to maintain the capability of inspecting vehicle inventories and liquidating vehicles.

5. The Trustee and the Bank have determined that the Debtor remains in possession of certain used vehicles which are or may be assets of the Debtor's estate herein and/or may be subject to liens and security interests in favor of the Bank. Such remaining vehicle inventory ("Remaining Vehicles") are as follows:

| Make/Model | Year | VIN |
|---|---|---|
| Ford E350 Van | 2006 | Z1FDWE35LX6DA96524 |
| International Rollback | 1999 | Z1HTSCABM6XH672746 |
| Mercedes-Benz E350 W | 2007 | WDBUF56X17B016013 |
| Isuzu Sign Truck | 2005 | ZJALB4B16857016066 |
| Chevrolet 1500 | 2005 | 1GCEC14X05Z188001 |

2963107-1

1

The Remaining Vehicles are located at premises previously utilized by the Debtor for vehicle sales and apparently currently occupied by an automobile vehicle dealership known as "Black Tie International", being the property commonly known as 515 Reading Road, Ephrata, Lancaster County, Pennsylvania.

6. The Trustee and the Bank agree that the proper safekeeping of the Remaining Vehicles requires that the Remaining Vehicles be removed from their current location and liquidated.

7. The Bank and the Trustee agree that the Bank has the means and capability to take possession of the Remaining Vehicles and cause the same to be liquidated at auction in the same manner customarily utilized by the Bank in such circumstances.

8. The Trustee and the Bank agree that the Bank shall obtain possession of the Remaining Vehicles, remove the Remaining Vehicles from their present location and proceed with the liquidation of the Remaining Vehicles at auction, with all net proceeds of such auction sale to be held by the Bank pending further agreement of the parties and order of the Bankruptcy Court.

9. The Bank shall file a report of sale of such vehicles with the Court and serve a copy of same on the Trustee, indicating the sale price for each vehicle and the net proceeds obtained which remain in the possession of the Bank.

10. The matters agreed upon by the Trustee and the Bank herein are without prejudice to the respective claims which either the Trustee or the Bank may advance or argue in this case, any adversary proceeding or any other proceeding with respect to entitlement to the proceeds derived from the sale of the Remaining Vehicles.

11. This Stipulation, when signed by the identified attorneys on behalf of their respective clients, will be submitted to the Bankruptcy Court for entry of an order approving this Stipulation and directing the Debtor, Black Tie International or any other party in possession of the Remaining Vehicles to surrender same to the Bank upon demand.

WHEREFORE, the Trustee and Susquehanna Bank hereby respectfully request that this Honorable Court enter an Order in the form attached hereto and approving this Stipulation with full force and effect of an Order of the Court.

**THOMAS, LONG, NIESEN AND KENNARD**

Date: July 22, 2010     By:    /s/ Lawrence G. Frank
                                           Lawrence G. Frank, Esquire
                                           212 Locust Street, Suite 500
                                           Harrisburg, PA 17101
                                           (717) 234-7455
                                           (Attorneys for Trustee)

[ONE ADDITIONAL SIGNATURE PAGE FOLLOWS]

BARLEY SNYDER LLC

Date: July 22, 2010    By:    /s/ Timothy G. Dietrich
                              Timothy G. Dietrich, Esquire
                              50 North Fifth Street, 2nd Floor
                              P.O. Box 942
                              Reading, PA 19603-0942
                              610-898-7157
                              (Attorneys for Susquehanna Bank)