# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| AUTOHAUS ACQUISITION, INC., | : CASE NO. 1:09-bk-07158-RNO |
| d/b/a VICTORY VOLKSWAGEN, | : |
| Debtor | : CHAPTER 7 |
| | : |
| | : JOINTLY ADMINISTERED TO |
| | : THREE ARROWS ENTERPRISES, |
| | : INC., ET AL |
| | : CASE NO. 1:09-bk-07161-RNO |

## ORDER APPROVING SALE OF MOTOR VEHICLES PURSUANT TO 11 U.S.C. §363 OF THE BANKRUPTCY CODE

UPON CONSIDERATION of the foregoing motion of the Trustee to approve the sale of five (5) motor vehicles pursuant to 11 U.S.C. §363 of the Bankruptcy Code; and upon the record in this case; and that the relief requested is appropriate and in the best interest of the debtor's estate; and following notice to creditors and other parties in interest, no objections having been filed thereto and no higher offers having been made, and it appearing that no further notice need be given, and it appearing that good cause exists for the relief requested in the motion, and upon finding that the sale of the debtor's motor vehicles is both fair and reasonable, and that both the Trustee and purchaser have acted and are acting in good faith, and that the sale of the motor vehicles results from the parties

acting at arm's length, and that, therefore, the purchaser is entitled to the protection of a good faith purchaser under §363(m) of the Bankruptcy Code; and that consummation of the transaction contemplated by the motion represents the exercise of the Trustee's sound business judgment, is being undertaken for a sound business purpose, and is in the best interest of the debtor's estate; and this Court having further found and determined that the relief requested by the Trustee is necessary and, after due deliberation and sufficient cause being shown, it is

HEREBY ORDERED AND DECREED that:

1. The motion is granted;
2. The Trustee is authorized to sell, assign and transfer the motor vehicles set forth in the February 23, 2011 letter of Reinhart LTD for the sum of $82,075.00 pursuant to §363 of the Bankruptcy Code;
3. The Trustee, the debtor and the debtor's creditors shall have no further liens, encumbrances, claims or interest against the purchaser following the closing;
4. The purchaser has acted in good faith as defined by §363(m) of the Bankruptcy Code in connection with the transactions authorized by the sale

order and is, accordingly, granted the protections therein so provided;

5. The Trustee is authorized and directed to take all the necessary actions to consummate the sale and to execute all documents and instruments the Trustee deems necessary and appropriate to implement and effectuate this Order.

IT IS FURTHER ORDERED AND DECREED that a certified copy of this Order be filed in any recording offices desired by the purchaser or Trustee herein.

By the Court,

Robert N. Opel, II, Bankruptcy Judge
(BI)

Dated: June 24, 2011