IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
AUTOHAUS ACQUISITION, INC., : CASE NO. 1:09-bk-07158
d/b/a VICTORY VOLKSWAGEN, :
      Debtor : CHAPTER 7

: JOINTLY ADMINISTERED TO
: THREE ARROWS ENTERPRISES,
: INC., ET AL
: CASE NO. 1:09-bk-07161

### AFFIDAVIT OF PROPOSED ACCOUNTANT

Commonwealth of Pennsylvania:
: SS
County of Montgomery :

I, Andrew S. Gibbs, hereby make solemn oath:

1. I am an accountant duly admitted and licensed in the Commonwealth of Pennsylvania.

2. I maintain at office at A. Gibbs & Associates, PC, 1060 First Avenue, Suite 400, King of Prussia, PA 19406.

3. I represent no interest adverse to the bankruptcy estate in the matters upon which I am to be engaged.

4. I am a disinterested person within Section 101(14) of the Bankruptcy Code.

                            ANDREW S. GIBBS
                            CERTIFIED PUBLIC ACCOUNTANT

Sworn to and subscribed
before me this 19 day
of July, 2011:

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
RITA GIBBS - NOTARY PUBLIC
Conshohocken Boro., Montgomery County
MY COMMISSION EXPIRES APR. 25, 2012