IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| AUTOHAUS ACQUISITION, INC., : | CASE NO. 1:09-bk-07158 |
| d/b/a VICTORY VOLKSWAGEN, : | |
| Debtor : | CHAPTER 7 |
| : | JOINTLY ADMINISTERED TO |
| : | THREE ARROWS ENTERPRISES, |
| : | INC., ET AL |
| : | CASE NO. 1:09-bk-07161 |

**O R D E R**

UPON CONSIDERATION of the foregoing Stipulation executed by the Trustee and the attorney for Taylor Geoservices, Inc., good reason appearing therefor, no objection appearing thereto, it is

HEREBY ORDERED AND DECREED that the parties' Stipulation be and hereby is approved. This Court's Order of April 15, 2011 striking Claim No. 8 of Taylor Geoservices, Inc. be and hereby is rescinded. Taylor Geoservices, Inc. will have thirty (30) days from the date of this Order to file a response to the Trustee's objection of March 15, 2011.

By the Court,

_Robert N. Opel, II_
Robert N. Opel, II, Bankruptcy Judge
(BI)

Dated: July 22, 2011