IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

```
IN RE:                          :
AUTOHAUS ACQUISITION, INC.,     :   CASE NO. 1:09-bk-07158
d/b/a VICTORY VOLKSWAGEN,       :
         Debtor                 :   CHAPTER 7

                                :   JOINTLY ADMINISTERED TO
                                :   THREE ARROWS ENTERPRISES,
                                :   INC., ET AL
                                :   CASE NO. 1:09-bk-07161
```

MOTION FOR LEAVE TO COMPROMISE
CONTROVERSY WITH NICK REINHART

TO THE HONORABLE ROBERT N. OPEL, BANKRUPTCY JUDGE:

COMES NOW, Lawrence G. Frank, Trustee in Bankruptcy in the above-captioned Chapter 7 proceeding, and makes this motion, respectfully stating in support thereof:

1. The Debtor filed a voluntary Chapter 11 Petition in this Court on September 16, 2009, which was converted to a Chapter 7 on January 21, 2010.

2. The undersigned is the duly appointed, qualified and acting Trustee in Bankruptcy.

3. By Order of June 24, 2011, an Order was entered approving the sale of five (5) motor vehicles to Reinhart, Ltd., for the sum of Eighty-Two Thousand Seventy-Five ($82,075.00) Dollars.

4. The five (5) motor vehicles that were the subject of this Court's Order of June 24, 2011 were located at the real property owned by Nick Reinhart from the date of the conversion to Chapter 7 on January 21, 2010 to the date of this Court's Order approving the sale of the vehicles.

5. Nick Reinhart has presented a use and occupancy claim to the Trustee for an amount approximately equaling the sale price that the Court approved.

6. Through negotiations between the Trustee, Nick Reinhart and his attorney, the parties have agreed upon an administrative rent claim of $24,000.00 for the use and occupancy of the five (5) aforementioned vehicles.

7. Furthermore, the parties have agreed that the sum of $24,000.00 will be deducted from the amount proposed to be paid or to be paid as a result of this Court's Order of June 24, 2011, i.e., $82,075.00.

8. Considering the circumstances of the storage and the length of time that the vehicles were on the premises owned by Nick Reinhart, the Trustee believes the settlement is fair.

WHEREFORE, the Trustee respectfully requests this Honorable Court to approve the compromise of controversy

between the estate and Nick Reinhart on the above terms and conditions.

                              RESPECTFULLY SUBMITTED BY:

                              */s/Lawrence G. Frank*
LAWRENCE G. FRANK, ESQUIRE
THOMAS, LONG, NIESEN AND KENNARD
Attorney ID #15619
212 Locust Street, Suite 500
Harrisburg, PA  17101
Ph: (717) 234-7455
Fx: (717) 236-8278
Email: lawrencefrank@earthlink.net

TRUSTEE IN BANKRUPTCY

# CERTIFICATE OF SERVICE

AND NOW, this 15th day of September, 2011, I, Lawrence G. Frank, Esquire, hereby certify that I this day electronically filed the foregoing document with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to the following Filing Users at the following e-mail address:

U.S. Trustee – ustpregion03.ha.ecf@usdoj.gov

Sara Austin – saa2@austinlawllc.com

And service by United States First Class Mail to:

Reinhart LTD
515 North Reading Road
Ephrata, PA 17522

        /s/Lawrence G. Frank
        LAWRENCE G. FRANK, ESQUIRE
        THOMAS, LONG, NIESEN AND KENNARD
        212 Locust Street, Suite 500
        Harrisburg, PA 17101
        Ph: (717) 234-7455
        Fax: (717) 236-8278
        Email: lawrencefrank@earthlink.net

        Trustee in Bankruptcy