IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| AUTOHAUS ACQUISITION, INC., | : CASE NO. 1:09-bk-07158-RNO |
| d/b/a VICTORY VOLKSWAGEN, | : |
|     Debtor | : CHAPTER 7 |
| | : JOINTLY ADMINISTERED TO |
| | : THREE ARROWS ENTERPRISES, |
| | : INC., ET AL |
| | : CASE NO. 1:09-bk-07161-RNO |

## NOTICE OF INTENT TO ABANDON

NOTICE IS HEREBY GIVEN THAT:

The Trustee seeks leave to abandon any claims involving Autohaus Acquisition, Inc., Universal Underwriters Insurance Company and Zurich Insurance with respect to any and all actions or purported acts involving any claims under insurance policies available to the debtor, including but not limited to employee dishonesty, forgery, theft and embezzlement claims available for recourse.

The Trustee believes that in view of the substantial fees to be incurred in investigating and prosecuting these potential causes of action, along with the probability of success, that the above claims are of no benefit to the estate. In light of the above, the Trustee believes that the above causes of action proposed to be abandoned are burdensome to the estate.

If no objections and requests for hearing are timely filed with the Clerk of the United States Bankruptcy Court for the Middle District of Pennsylvania, The Ronald Reagan Federal Building, 228 Walnut Street, PO Box 908, Harrisburg, PA 17108, to the requested abandonment on or before sixteen (16) days from the date of this Notice, the

Court may act on said request without a hearing or without further notice. If you desire to contest this matter, file a written objection in the form of a responsive pleading and request a hearing. Any filing must conform to the Rules of Bankruptcy Procedure unless the Court determines otherwise.

The name and address of the Trustee in Bankruptcy is Lawrence G. Frank, Esquire, Thomas, Long, Niesen & Kennard, PO Box 9500, 212 Locust Street, Suite 500, Harrisburg, PA 17108-9500, telephone number (717) 234-7455.

DATED: October 12, 2011        CLERK, US BANKRUPTCY COURT
                               PO BOX 908
                               HARRISBURG, PA  17108-0908
                               Phone: (888) 531-9485