IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| AUTOHAUS ACQUISITION, INC., | : | CASE NO. 1:09-bk-07158 |
| d/b/a VICTORY VOLKSWAGEN, | : | |
| Debtor | : | CHAPTER 7 |
| | : | JOINTLY ADMINISTERED TO |
| | : | THREE ARROWS ENTERPRISES, |
| | : | INC., ET AL |
| | : | CASE NO. 1:09-bk-07161 |

**O R D E R**

UPON CONSIDERATION of the foregoing Motion for Leave to Compromise Controversy between the estate and Nick Reinhart as respects the appropriate amount of use and occupancy post-conversion for five (5) vehicles which were the subject of this Court's Order of June 24, 2011, following notice to creditors and other parties in interest, no responses having been filed thereto on or before the last day for filing same, and upon motion of Lawrence G. Frank, Trustee in Bankruptcy, good reason appearing therefor, no objections appearing thereto, it is

HEREBY ORDERED AND DECREED that the Trustee's Motion be and hereby is approved on the terms and conditions set forth in the motion, to wit:

(a) The use and occupancy claim of Nick Reinhart is in the amount of $24,000.00 post-conversion to Chapter 7 for the five (5) vehicles which were the subject of this Court's Order approving sale dated June 24, 2011;

(b) The use and occupancy claim in the amount of $24,000.00 is to be deducted from the sale price of

$82,075.00 as set forth in the aforementioned Order of June 24, 2011.

IT IS FURTHER ORDERED AND DECREED that the Trustee hereby is permitted to execute any and all documents necessary to effectuate the above compromise of controversy on the above terms and conditions set forth in the Trustee's Motion.

By the Court,

_____
Robert N. Opel, II, Bankruptcy Judge
(BI)

Dated: October 12, 2011